# EXHIBIT A

Case: 1:14-cv-02143 Document #: 1-1 Filed: 03/26/14 Page 2 of 10 PageID #:25





# Own Your Own Business With CleanNet

# Welcome to The Opportunity of Commercial Cleaning



### Put Yourself In CleanNet's Billion-Dollar Industry

A decade ago, investors began seeking opportunities in the growing commercial cleaning industry that was grossing more than $10 billion annually. Today, this same incredible industry has increased by 600% to more than $62 billion annually. It is one of the few industries that actually saw growth during the nation's last recession. Now it's time to put yourself in the center of this exciting industry and realize the wonderful business opportunity of owning your own commercial cleaning business.

### You're The Boss!

CleanNet provides the rare opportunity for you to own your own business without the risks traditionally associated with starting a new business. Begin your business gradually for an unusually small investment, or choose a more aggressive, full-time strategy. Which ever investment package you choose, you will have the complete support, training and financial stability of one of the industry's largest companies to help you succeed.

Founded in the late 80's by entrepreneur Mark Salek, CleanNet was created in response to increasing demand for professional cleaning services. The company has rapidly grown into a sophisticated operation of national and international regional offices. Such solid, on-going growth performance is attributed to this incredibly stable industry, and the high level of training and support each of our franchises receive. We train business owners to succeed and that's why CleanNet has such a great number of very satisfied and loyal customers.

We need competent business owners who are willing to work hard, and have a desire to be their own boss. If you are a cautious investor who has been looking for an affordable business investment that includes a guarantee of client contracts, CleanNet is a viable option and may prove to be a wonderful opportunity.

*"The CleanNet organization prides itself on the professional and detailed work we provide our customers. We are looking for business owners who have the same high standards for excellence, and a willingness to learn. The CleanNet team will see you through one of the best training programs available, and help you every step of the way toward success. Welcome to the CleanNet Franchise Program."*

*Mark Salek,
President*



### Be your own boss in a climate of growth and opportunity

- **Fact:** Office space in America has doubled within the last decade, and 85% of building owners subcontract cleaning to a firm like CleanNet.
- **Fact:** The building maintenance industry is considered by many experts to be a recession-resistant investment anywhere.
- **Fact:** The $62.5 billion commercial-cleaning industry is in an unprecedented growth period.
- **Fact:** Franchise businesses succeed at a substantially higher rate and achieve a higher level of success than do independent business start-ups.



# cquiring The Knowledge & Skill To Succeed

### Step By Step Approach trains you to become an industry professional

You will learn all there is to know about commercial cleaning through CleanNet's Training Program — a comprehensive instructional system that gives you the confidence and skills you need to succeed. Step by step, we will help to transform you into an industry professional within a very short period of time.

### Classroom Training That Fits Your Schedule

The CleanNet Training Program covers every aspect of commercial cleaning, management, equipment, chemical usage and more through an array of educational tools. Professionally prepared training videos are supported with instructional manuals to teach you the CleanNet method of cleaning. You will have more than a solid basis to begin work on your first contract. CleanNet's training program is flexible to accommodate your schedule.

### Practical Hands-on Training

After your classroom training, CleanNet teams you with one of our Quality Control personnel to work closely with you at a customer's location. You will experience the basics of commercial cleaning including how to use mechanical and manual equipment and how to use chemicals safely. You will also gain knowledge on dealing with your new customers, and maintaining quality control through effective and efficient cleaning techniques.



*"We owned a family restaurant for years, but never seemed to get ahead. CleanNet provided us with training, actual contracts and support to start and grow our business. It's been wonderful."*

Washington, D.C.



### Training Never Stops And You Are Never Alone

As a CleanNet franchise owner, you have direct access to the industry's latest techniques, training and information. You are introduced to the newest, state of the art equipment and chemicals to make operating your business easier and more cost effective. Free, on-going training is available to owners interested in learning the commercial cleaning techniques of stripping, waxing, shampooing, buffing, and other specialized skills that will mean larger financial business rewards.



*"Being in business for myself was a life long goal long before I heard of the famous American dream. My CleanNet business now has enough on-going work to save for my sons college. It is very rewarding."*

Boston, MA

Whenever you are faced with an unfamiliar surface or area to clean, we are here to help. If necessary, CleanNet will actually send someone on site to assist you. From understanding new equipment and cleaning chemicals to making sure you have a fully uniformed and professional operation, CleanNet is here to help.



# We Are Here To Help Your Business Grow

### Your New Business Already Has Customers — It's Part of The CleanNet Package

Unlike other franchises, CleanNet provides you with customers. Amazing as that sounds, it's true. That's because we want to start you off on the path to success. Once training is successfully completed, we will provide you with actual contracts. As long as you run your business responsibly and do a quality job, we will be there for you. After you have worked a few contracts, and want to grow your business to another level, your partners at CleanNet will show you how.

### We'll Help Grow Your Business — at No Charge

One of the major rewards of owning your own business is that your potential is unlimited. Depending on the level of your interest, your commercial cleaning franchise can grow as large as you want. Here are a few ways we help you grow.

*Referrals are golden.* Our most successful franchise owners have proven that word of mouth advertising is the best. Do a great job and develop a good relationship with your customers and watch high praise of your work translate into new contracts and greater success.

*Learn to Sell.* Your CleanNet business office has an established training program that will train you in various selling techniques and include instruction on how to write and present a proposal. A full color marketing brochure, "Thank You" cards and prewritten letters are all designed to sell the service long after you have left a prospect's office. Clear, easy to read charts and graphs are available to help you price specific cleaning services. We will provide you with an excellent set of references to help you close the contract.

### Take Advantage of CleanNet's Marketing Department

We hope you will get additional contracts on your own through referrals and personal initiative. But if marketing is not your strength, that's okay, too. CleanNet's experienced marketing team is behind you. The same trained sales team that secures new contracts for you initially can also continue to provide more new business as you grow.



*"I started with a part-time CleanNet business while John was working at the bank. I didn't know anything about cleaning offices until I had the training. Now, John has left his job and we've expanded our franchise into a full-time operation. What a difference it is to have our own business."*

*Chicago, IL*



*"I had been looking for a reasonable franchise opportunity on and off for years. When I first heard about CleanNet, I couldn't believe they also provided customers! I figured, how can I go wrong? That was five years ago, and my business is going great."*

*Atlanta, GA*

# Extended Support & Benefits Help You Reach Your Goals

### You Are Covered — Insurance and Bond Through Group Savings

It is no small matter that you are entrusted with the great responsibility of having access to every room in a major office building. Your new business requires you to be insured for potential damage or accident. This is for your own protection, as well as your employees and the clients you serve. Because of our size, CleanNet is able to offer franchise owners a general liability and bond policy at dramatic savings over what these policies would traditionally cost an individual. We can also assist in obtaining workers compensation insurance when needed.

### Automated Invoicing Services Means Regular Paydays

As a CleanNet franchise owner, you receive office services that will provide a reliable cash flow to your business. Our automated computer billing system invoices your customers on your behalf for services rendered. This occurs on a monthly basis, and takes care of all the necessary paper work to insure that you receive prompt and timely payments. See the franchise offering circular for more information.

### Telephone Message Center Keeps Customers Secure & You Successful

CleanNet provides you with a hassle free way of maintaining customer service through a centralized telephone message center. The message center allows you to be more efficient and responsive to customer needs. It also allows your clients to feel secure knowing that CleanNet is always there for them. Whatever your busy schedule might be, the office will make sure all of your calls are professionally answered and the messages forwarded to you.

### Group Discounts on Cleaning Supplies

Purchasing cleaning supplies through CleanNet gives you discounts far below retail cost. As you grow, a purchasing account will be established to track cost of supplies and insure that you always have the resources, cleaning supplies and equipment you need.





# Starting Your Business Has Never Been Easier



## Choose An Investment Level That Is Right For You

We want to accommodate your needs, goals, and investment objectives. Each of the following CleanNet opportunities includes commercial cleaning contracts, new cleaning equipment and chemicals as part of your franchise agreement. These contracts, provided by CleanNet, will serve as a base from which you can grow, expand, and prosper beyond your current dreams.

*"CleanNet has shown us how to clean professionally, hire staff, and grow our family business into a full-time enterprise. It has been very rewarding."*

*Miami, FL*

Depending on the investment program you choose, and the time you plan to devote to your new business, you can expect gross revenues to range from $500 to $50,000 and more on a monthly basis. A down payment is required for each of the programs and will vary depending upon the package you select. CleanNet can provide financing at very competitive rates for the balance of your franchise purchase. For further information regarding these programs refer to the Franchise Offering Circular.

## The Owner Opportunity

If you are looking for a part-time business, or an investment that will provide additional income, and still let you hold a full-time job, this is the program for you. You can begin with a one-person business, a two-person partnership, or a family operation.

## The Master Opportunity





If you have a full-time job, but you're looking to expand your income substantially, this is the program for you. You'll have higher monthly billings, and you should be prepared to devote the extra time required to manage your clients and provide the service they need.

## The Executive Opportunity

For those hoping to eventually leave their current job and give full-time attention to running their own business, hiring and managing staff, this is the package you seek.

*"CleanNet helped us fully understand all that is involved with cleaning an office building. I'm really proud of the work we do, and I'm very happy that our clients praise us and recommend us to other building managers. Buying the CleanNet franchise was the best thing we've ever done."*

*Dallas, TX*

The opportunity to secure your future in the billion dollar commercial cleaning industry is here. CleanNet provides the expert training, contracts and state of the art equipment and chemicals. You provide the desire and commitment to be successful. Own your own business. Be your own boss with CleanNet.

# The CleanNet Opportunity And You?



*Q: Who, me? In the janitorial business?*
A: Virtually all of our current franchise owners had that same reaction before they got in the business. Now, they'll all tell you it's great to have their own business. And commercial cleaning is a solid industry. If anybody asks you about it, just tell them with a smile that you do good, clean work — and that you're the boss! Feel free to ask for franchise references, so you can have a discussion with others who have purchased a CleanNet business.

*Q: I don't know the ABCs of cleaning.*
A: Don't worry. Again, many of our Franchisees didn't. CleanNet's extensive training program will have you confident and feeling like a professional in no time.

*Q: Why should I become a CleanNet Franchisee? Why not start a commercial cleaning business on my own?*
A: We're glad you asked. When you become a CleanNet Franchisee you will enjoy:
- Monthly revenues, beginning with the first month that you service your first customer.
- Building owners and managers prefer to work with a large company that has solid references and a long-standing reputation for excellence.
- CleanNet will assist you in your public relations work and provide invoicing, accounting and professional phone message services for your business. We will handle all your receivables and collections.
- Finally, you will have the strength, confidence and support that comes along with being a part of a system that is followed by hundreds of other Franchisees.

*Q: How is CleanNet different from other cleaning companies?*
A: We are attentive to the needs of clients, but our primary concern is your success. Your success means excellent service for the client. This approach has earned us a strong national reputation with clients and franchisee alike.

*Q: Will I need to quit my job?*
A: No. However, some franchise owners eventually choose to make their own business their full-time job. That decision rests upon your personal goals and objectives. To us, you're the boss. You decide what's right for you.

*Q: What type of businesses will be my customers?*
A: Every business and professional office in your city needs cleaning. CleanNet concentrates its efforts on businesses that need professional cleaning services.

*"We worked together in a supermarket and didn't want to spend the rest of our lives in the check line. That's why we bought a CleanNet franchise."*

*Los Angeles, CA*

*Q: What are my prospects for growth?*
A: They're excellent! CleanNet can continue to provide additional business for your company, as long as you are able to continue to service your existing accounts as scheduled. You are encouraged to use the contacts you make with your present customers to bring new business into your franchise.

*Q: What are the industry prospects for the near future?*
A: They're terrific. Any authoritative study you find will point out that service businesses are the way our economy is growing, and commercial cleaning is an essential part of that trend. Every office building, school, hospital, museum, auditorium, stadium, theatre, and large facility in the country needs commercial cleaning services. The growth potential for you and the industry is without limit.

*Q: What do I do as the next step?*
A: Complete your Personal Information Form and meet with your CleanNet representative who will provide more information about the exciting opportunities that await you. Although we are required by law to describe this franchise opportunity in a comprehensive book called an Offering Circular, you should not hesitate to ask any questions that are not answered by our Circular or regarding aspects of our franchise which are not clear to you after reading it.

CleanNet is at your service.