# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jose Sanchez
          Plaintiff,

v.                   Case No.: 1:14–cv–02143
                   Honorable James B. Zagel

Cleannet USA Inc.,, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2014:

  MINUTE entry before the Honorable James B. Zagel: Status hearing held. Defendants' Motion to Dismiss or Stay, or in the Alternative, to Compel Arbitration and Stay Pending Alternative Dispute Resolution [15] is held in abeyance. Status hearing set for 8/26/14 at 9:15 a.m. Counsel shall inform the Court's courtroom deputy if a telephonic status would be appropriate as discussed on the record. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.