# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE SANCHEZ, on behalf of himself and all other persons similarly situated,<br>　　　　Plaintiff,<br>　　v.<br>CLEANNET USA, INC. and CLEANNET OF ILLINOIS, INC.,<br><br>　　　　Defendants. | Case No. 14-cv-2143<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

To:

Christopher J. Williams
Alvar Ayala
Jenee Gaskin
Workers' Law Office, P.C.
401 S. LaSalle St.
Suite 1400
Chicago, IL 60605
(312) 795-9121
cwilliams@wagetheftlaw.com
aayala@wagetheftlaw.com
jgasking@wagetheflaw.com

Yolando Carrillo
Lydia Colunga-Merchant
Working Hands Legal Clinic
401 S. LaSalle St
Suite 1400
Chicago, IL 60605
(312) 795-9115
ycarrillo@workers-law.org
lcolungamerchant@workinghandslegalclinic.org

**PLEASE TAKE NOTICE** that on Tuesday, September 23, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, in Courtroom 2503 in the United States District Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the ***Motion of Defendants CleanNet USA, Inc. and CleanNet of Illinois, Inc. to Dismiss or Stay, or in the Alternative, to Compel Arbitration and Stay Pending Alternative Dispute Resolution,*** a copy of which motion is attached hereto and hereby served upon you.

| | |
|---|---|
| Dated: September 16, 2014 | Respectfully submitted, |
| | */s/ Darren M. Mungerson* |
| | Darren M. Mungerson (IL #6256434)<br>**LITTLER MENDELSON, P.C.**<br>321 N. Clark St., Suite 1000<br>Chicago, IL  60654<br>Phone:  (312) 795-3297<br>Email:  dmungerson@littler.com |
| | Francis P. Tighe, III<br>Attorney at Law<br>161 N. Clark St., Suite 2070<br>Chicago, IL  60601<br>Phone:  (312) 664-5015<br>Email:  tighelaw@gmail.com |
| | Attorneys for Defendants<br>CLEANNET USA, INC. and CLEANNET OF ILLINOIS, INC. |

## **CERTIFICATE OF SERVICE**

      I, Darren M. Mungerson, hereby certify that I caused the foregoing *Notice of Motion of CleanNet USA, Inc. and CleanNet of Illinois, Inc. to Dismiss or Stay, or in the Alternative, to Compel Arbitration and Stay Pending Alternative Dispute Resolution*, to be filed with the Court via the Court's CM/ECF system and served via the same method upon the following:

**Attorneys for Plaintiff:**

| | |
|---|---|
| Christopher J. Williams<br>Alvar Ayala<br>Jenee Gaskin<br>Workers' Law Office, P.C.<br>401 S. LaSalle St.<br>Suite 1400<br>Chicago, IL  60605<br>(312) 795-9121<br>cwilliams@wagetheftlaw.com<br>aayala@wagetheftlaw.com<br>jgasking@wagetheflaw.com | Yolando Carrillo<br>Lydia Colunga-Merchant<br>Working Hands Legal Clinic<br>401 S. LaSalle St<br>Suite 1400<br>Chicago, IL  60605<br>(312) 795-9115<br>ycarrillo@workers-law.org<br>lcolungamerchant@workinghandslegalclinic.org |

Dated:  September 16, 2014                         /s/ Darren M. Mungerson
                                                                                                              Darren M. Mungerson

Firmwide:129021745.1 620000.1142